(May 28, 1981)

■ In the Matter of BANK OF NEW YORK et al. I. ARNOLD ROSS, as Guardian ad Litem, Appellant. BANK OF NEW YORK, CORPORATE TRUSTEE, Respondent. — Motion, pursuant to rule 600.19 of the rules of this court (22 NYCRR 600.19) for an order granting a fee larger than allowed in the judgment of the Supreme Court, New York County, entered on or about January 9, 1981, unanimously denied, without costs. No opinion. Concur — Murphy, P. J., Birns, Markewich and Fein, JJ.

■ WORTH PHARMACY, INC., Appellant, v 62 HOLDING CORP. et al., Respondents, et al., Defendant. — Order, Supreme Court, Bronx County, entered on December 8, 1980, unanimously affirmed, without costs and without disbursements and without prejudice to an application at Special Term for leave to replead with respect to punitive damages. No opinion. Concur — Murphy, P. J., Kupferman, Birns, Carro and Lynch, JJ.